UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR -2 AM 11:52
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| DEBORAH GAIL MARSH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV410-273 |
| GEORGIA DEPARTMENT OF BEHAVIORAL AND HEALTH DEVELOPMENTAL DISABILITIES, | ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2nd day of March, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA